896 A.2d 1163

**In the Matter of Eugene Sylvanus BYERS.**

**Petition for Reinstatement from Inactive Status.**

**No. 112 Disciplinary Docket No. 8.**

Supreme Court of Pennsylvania.

March 23, 2006.

## ORDER

PER CURIAM.

AND NOW, this 23rd day of March, 2006, the Report and Recommendations of the Disciplinary Board dated January 30, 2006, are approved and it is ORDERED that Eugene Sylvanus Byers, who has been on inactive status, has never been suspended or disbarred, and has demonstrated that he has the moral qualifications, competency and learning in law required for admission to practice in the Commonwealth, shall be and is hereby reinstated to active status as a member of the Bar of this Commonwealth. The expenses incurred by the Board in

660

the investigation and processing of the Petition for Reinstatement shall be paid by the Petitioner.

Justice BALDWIN did not participate in this matter.